**STATE of Missouri, Respondent,**

v.

**David DeLoyd BARR, Appellant.**

**No. WD 36548.**

Missouri Court of Appeals,
Western District.

Nov. 12, 1985.

C.J. Larkin, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Appeal from convictions for rape and sodomy.

Appeal dismissed. Rule 30.25(b).